UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KAILEE BERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FIRST CITIZENS BANK & TRUST COMPANY WELFARE BENEFIT PLAN, | ) ) | 5:24-CV-56-BO-BM |
| | ) | |
| Defendant. | ) ) | |

**Decision by Court.**
This matter comes before the Court on the parties' failure to file a stipulation of dismissal.

**IT IS ORDERED, ADJUDGED AND DECREED** that this case is therefore dismissed with prejudice.

This case is closed.

**This judgment filed and entered on October 8, 2024, and served on:**
M. Leila Louzri (via CM/ECF NEF)
 Gemma L. Saluta (via CM/ECF NEF)
Nicole M. Crow  (via CM/ECF NEF)

                                            PETER A. MOORE, JR., CLERK

October 8, 2024

                                        /s/ Lindsay Stouch
                                       By: Deputy Clerk